# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160268

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                        SC:  160268
                                        COA:  343987

JAMES WASHINGTON, III,
               Defendant-Appellant.
                                        Saginaw CC:  99-017628-FC

_____/

      On order of the Court, the application for leave to appeal the July 25, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s1214

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



                                          Clerk